The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DREW YIM,<br>DUC THI NGUYEN,<br>NICOLE ANN DWYER,<br>ANTHONY CHIEM VUONG,<br>NGUYEN QUACH,<br>MARK HOUCK,<br>ANH QUOC DUONG,<br>TU ANH LE,<br>HOANG LAM,<br>RUBEN CAMACHO-CONTRERAS,<br>ANGELA MARIE CECOTTI,<br>    aka ANGELA IBARRA-CECOTTI,<br>    aka ANGELA AYALA,<br>JOHN TRAN,<br>JAMES WILLIAM HALL,<br>SVETLANA ANGEL YIM, and<br>DENG SAMPHAO,<br><br>Defendants. | NO. CR11-131 MJP<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 983(a)(3)(C), to maintain custody of certain properties named for forfeiture in the Second Bill of Particulars filed in this matter on July 14, 2011. Having reviewed the United States' motion, the Court finds:

ORDER GRANTING UNITED STATES' APPLICATION
FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 1
U.S. v. DREW YIM, *et al.* (CR11-131 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The properties to which this Order refers ("the Properties") are as follows:

    a.    $109,900.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Sarom Kong and Fudhla Zakaryya-Adam;

    b.    $3,000.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Sarom Kong;

    c.    $5,741.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Fudhla Zakaryya-Adam; and

    d.    $107,100.00 in United States currency, seized on or about January 4, 2011 at Milepost 255 on Interstate 5 - North from Yan Mei Zhu.

The Properties have been named in the July 14, 2011, Second Bill of Particulars in this case as subject to forfeiture. The Properties are currently in the custody of the Drug Enforcement Administration, and subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.

The Court has reviewed the Affidavit of Special Agent Adam Otte, which establishes probable cause that the Properties are subject to forfeiture in this criminal proceeding. Accordingly, the United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A).

It is therefore

**ORDERED AND ADJUDGED**:

1. The United States' motion for a protective order is GRANTED.

2. The following properties shall remain in the custody of the Drug Enforcement Administration, pending conclusion of the criminal forfeiture proceedings and further order of this Court:

    a.    $109,900.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Sarom Kong and Fudhla Zakaryya-Adam;

    b.    $3,000.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Sarom Kong;

ORDER GRANTING UNITED STATES' APPLICATION
FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
U.S. v. DREW YIM, *et al.* (CR11-131 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

      c.    $5,741.00 in United States currency, seized on or about October 29, 2010 at Milepost 208 on Interstate 94 in Glendive, Montana from Fudhla Zakaryya-Adam; and

      d.    $107,100.00 in United States currency, seized on or about January 4, 2011 at Milepost 255 on Interstate 5 - North from Yan Mei Zhu.

3. The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

DATED this 25th day of July, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

 s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington, 98101-1271
(206) 553-2242
(206) 553-6934 (Fax)
Richard.E.Cohen@usdoj.gov

ORDER GRANTING UNITED STATES' APPLICATION
FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 3
U.S. v. DREW YIM, *et al.* (CR11-131 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970