Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW "DREW" YIM, et. al.,<br><br>　　　　　Defendants. | NO.   CR11-131MJP<br><br>ORDER ON<br>STIPULATED MOTION FOR<br>PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulated Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1.　　Permissible Disclosure of Protected Material.

The discovery in this case that has been Bates Stamped 074235 through 074735 is deemed Protected Material. The United States will make available to defense counsel an electronic disc with .pdf versions of the Protected Material to comply with its discovery obligations. Possession of copies of the Protected Material is limited to the attorneys of record, and investigators, paralegals, assistants, law clerks, and experts for the attorneys of record (hereinafter collectively referred to as "members of the defense team"):

Only one hard copy of this .pdf disc shall be made by each defense attorney. The attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons, including the defendants themselves, is

Protective Order
UNITED STATES v. YIM, CR11-131MJP - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue Suite 700
Tacoma Washington 98402
(253) 428-3800

prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. Further, the attorneys of record are required, prior to giving any copies of the Protected Material to members of the defense team, to provide a copy of this Protective Order to members of the defense team, and obtain written consent by members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2. <u>Filing</u>

Any Protected Material that is filed with the court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution. Furthermore, at the close of this case, the defense team shall return all documents and copies of those documents to the office of the United States Attorney or destroy them.

//
//
//

Protective Order
UNITED STATES v. YIM, CR11-131MJP - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue Suite 700
Tacoma Washington 98402
(253) 428-3800

4. <u>Violation of Any Terms of this Order</u>

Any person who wilfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 14th day of November, 2011.

Marsha J. Pechman
United States District Judge

Protective Order
UNITED STATES v. YIM, CR11-131MJP - 3

UNITED STATES ATTORNEY
1201 Pacific Avenue Suite 700
Tacoma Washington 98402
(253) 428-3800