THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES WILLIAM HALL,<br><br>        Defendant. | CASE NO. CR11-0131-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 1123) and the Government's motion to seal (Dkt. No. 1125) the parties' respective sentencing memoranda (Dkt. Nos. 1124, 1126). Having thoroughly considered the motions and the relevant record, the Court hereby GRANTS both motions.

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g)(3); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to maintain under seal documents attached to a motion that does not address the procedural basis of the case. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2006). This rule provides an exception to the "strong presumption in favor of [public] access" to judicial records. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (*citing Foltz*, 331 F.3d at 1135).

Defendant and the Government ask the Court to maintain their respective sentencing

memoranda under seal, in light of the sensitive matters discussed therein. (Dkt. Nos. 1123, 1125.) Having reviewed the sentencing memoranda, the Court FINDS that they concern sensitive matters and that the Government and Defendant's interest in keeping the information therein confidential outweighs the public's interest in disclosure. Therefore, the Court GRANTS Defendant's motion to seal (Dkt. No. 1123) and the Government's motion to seal (Dkt. No. 1125). The Clerk is DIRECTED to maintain Docket Numbers 1124 and 1126 under seal.

DATED this 30th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE